R. Craig Clark (SBN 129219)
David R. Markham (SBN 071814)
James M. Treglio (SBN 228077)
Laura M. Cotter (SBN 259445)
**CLARK & MARKHAM LLP**
600 B Street, Suite 2130
San Diego, CA 92101
Telephone: (619) 239-1321
Facsimile: (619) 239-5888
cclark@clarkmarkham.com
dmarkham@clarkmarkham.com
jtreglio@clarkmarkham.com
lcotter@clarkmarkham.com

Attorneys for Plaintiffs/Counter-Defendants

*Additional Counsel listed on following page*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| BRAD COLEMAN, LISA BANACH, JOSEPH BANG, ISAAC BUCHANAN, RYAN CAYWOOD, SUSAN CHANG, IAN DEBIE, JOSE ESPINOZA, JEREMY FIEBIGER, STEVE FENNELL, EDWARD HILL, ANGELA KIM, IVAN LEE, STEVEN LIU, EVAN MEDLEY, DAVID MEJIA, JESSE MCCARTHY, JOHN MORRIS, BEN NABLE, RYAN NABLE, TONY NGUYEN, ALAN RUIZ, JOHN SHINDLEDECKER, JOSEPH SPECKMAN, EDWARD SUK, SON THAI, JOSE VALENZUELA, CORNELL WHEELER, TREVOR WHITWORTH, DANTE ZENA<br><br>Plaintiffs,<br><br>v.<br><br>CASHCALL, INC., a California corporation and PAUL REDDAM, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS | CASE NO: SACV 88-0024 AG (MLGx)<br><br>**JOINT STIPULATION TO VACATE ALL DATES PENDING SETTLEMENT; [PROPOSED] ORDER THEREON**<br><br>Discovery Cut-Off: October 26, 2009<br>Pre-Trial Conf: January 11, 2010<br>Trial: January 26, 2010 |

1  Jeff Augustini (SBN 178358)
   jeff@augustinilaw.com
2  **LAW OFFICE OF JEFF AUGUSTINI**
   8105 Irvine Center Drive, Suite 550
3  Irvine, CA 92618
   Telephone: (949) 336-7336
4  Facsimile:  (949) 567-9928

5  David W. Wiechert (SBN 094607)
   dwiechert@aol.com
6  **LAW OFFICES OF DAVID W. WIECHERT**
   107 Avenida Miramar, Suite A
7  San Clemente, CA 92672
   Telephone: (949) 361-2822
8  Facsimile:  (949) 496-6753

9  Attorneys for Defendants/Counter-Claimants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

2

**JOINT STIPULATION TO VACATE ALL DATES PENDING SETTLEMENT; [PROPOSED] ORDER THEREON**

WHEREAS Plaintiffs BRAD COLEMAN, LISA BANACH, ISAAC BUCHANAN, RYAN CAYWOOD, SUSAN CHANG, IAN DEBIE, JEREMY FIEBIGER, STEVE FENNELL, EDWARD HILL, ANGELA KIM, IVAN LEE, STEVEN LIU, JESSE MCCARTHY, JOHN MORRIS, BEN NABLE, RYAN NABLE, TONY NGUYEN, ALAN RUIZ, JOHN SHINDLEDECKER, JOSEPH SPECKMAN, EDWARD SUK, SON THAI, JOSE VALENZUELA, CORNELL WHEELER, TREVOR WHITWORTH, DANTE ZENA ("Plaintiffs") and Defendants CASHCALL, INC., and PAUL REDDAM ("Defendants") (collectively "Parties" hereinafter) through their respective counsel, hereby submit this Joint Stipulation for the purpose of vacating all dates pending settlement finalization:

WHEREAS the Parties have reached a settlement agreement;

WHEREAS the Parties believe finalization of the settlement agreement and execution thereon could take approximately thirty (30) days to complete;

WHEREAS a hearing is set for Counter-Defendants' Motion to Dismiss Counterclaims on October 26, 2009;

WHEREAS the cut-off for all Discovery, percipient and expert is set for October 26, 2009;

WHEREAS the Pre-Trial Conference is set for January 11, 2010;

WHEREAS Trial is set to begin on January 26, 2010;

WHEREAS the Parties request that the above listed dates and all other associated dates be vacated pending finalization of the settlement;

WHEREAS the Parties request that the Court set a status conference regarding settlement within 60 days after entry of order on this stipulation.

///
///
///
///
///

1  NOW THEREFORE, the Parties agree and hereby stipulate that all dates listed
2  above and all other associated dates be vacated pending finalization of the settlement
3  and request the Court to set a status conference regarding settlement within 60 days
4  after entry of order on this stipulation.

Dated: October 13, 2009     **CLARK & MARKHAM, LLP**

By: *R. Craig Clark*
R. Craig Clark
Laura M. Cotter
*Attorneys for Plaintiffs*

Dated: October 13, 2009     **LAW OFFICES OF DAVID W. WIECHERT**

By: _____
David W. Wiechert
*Attorneys for Defendants*

**DECLARATION OF SERVICE**
*Coleman v. Cashcall Inc.,*
United States District Court-Central District of Southern Division- Santa Ana
Case No. SACV08-0024 AG (MLGx)

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 B Street, Suite 2130, San Diego, CA 92101.
On October 13, 2009, I served the document(s) described as:

(1) **JOINT STIPULATION TO VACATE ALL DATES PENDING SETTLEMENT; [PROPOSED] ORDER THEREON;**

(2) **[PROPOSED] ORDER ON JOINT STIPULATION TO VACATE A;; DATES PENDING SETTLEMENT;**

on the interested parties in this action as set forth below in the following manner:

Jeff Augustini
Law Office of Jeff Augustini
8105 Irvine Center Drive, Suite 550
Irvine, CA 92618
Telephone: (949) 336-7336
Facsimile: (949) 567-9928

Alan J. Gordee
Kevin R. Nowicki
Bryan Arnold
Gordee, Nowicki & Arnold
8105 Irvine Center Drive, Suite 550
Irvine, CA 92618
(949) 567-9923 (Telephone)
(949) 567-9928 (Facsimile

Law Offices of David Wiechert
David W. Wiechert, Esq.
107 Avenida Miramar, Suite A
San Clemente CA 92672

____ (BY MAIL): I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Diego, California, addressed as set forth above.

____ (BY FACSIMILE): I caused such document to be served on all parties in this action via facsimile at the numbers indicated below:

____ (BY PERSONAL SERVICE): I caused such envelope to be delivered by hand to the offices of the addressee:

__X__ (BY ELECTRONIC ACCESS): Pursuant to Electronic Filing General Order 45, and Local Rule 5-4. I hereby certify that the above documents were uploaded to the ECF Website and will be posted on the website by the close of the next

1
PROOF OF SERVICE

1  business day and the webmaster will give e-mail notification to all parties.

2  I declare under penalty of perjury under the laws of the State of California that the

3  foregoing is true and correct and that this declaration was executed on this October 13, 2009, at

4  San Diego, California.

ELIZABETH WEIDETZ