JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | **SACV 08-0024-AG(MLGx)** | Date | October 15, 2009 |
|---|---|---|---|

| Title | BRAD COLEMAN, ET AL  v CASHCALL, INC. ET AL |
|---|---|

Present: The
Honorable          ANDREW J. GUILFORD

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    [IN CHAMBERS] ORDER STAYING ACTION PENDING FINAL
SETTLEMENT AND REMOVING CASE FROM ACTIVE CASELOAD

On October 1, 2009, counsel for Plaintiff filed a "Joint Stipulation to Vacate All Dates
Pending Settlement."  The Court hereby orders all proceedings in the case stayed pending
final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject
to the right, upon good cause shown by December 18, 2009, to reopen the action if
settlement is not consummated.  Counsel shall file settlement documents and/or a
dismissal with this Court by  December 18, 2009.  The Court retains full jurisdiction over
this action and this order shall not prejudice any party in the action.  All hearing dates in
this matter are ordered vacated.

                                                                    :        0

Initials of Preparer          lmb