1  R. Craig Clark (SBN 129219)
   David R. Markham (SBN 071814)
2  James M. Treglio (SBN 228077)
   Laura M. Cotter (SBN 259445)
3  **CLARK & MARKHAM LLP**
   600 B Street, Suite 2130
4  San Diego, CA 92101
   Telephone: (619) 239-1321
5  Facsimile: (619) 239-5888
   cclark@clarkmarkham.com
6  dmarkham@clarkmarkham.com
   jtreglio@clarkmarkham.com
7  lcotter@clarkmarkham.com

8  Attorneys for Plaintiffs/Counter-Defendants

9  *Additional Counsel listed on following page*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| BRAD COLEMAN, LISA BANACH, JOSEPH BANG, ISAAC BUCHANAN, RYAN CAYWOOD, SUSAN CHANG, IAN DEBIE, JOSE ESPINOZA, JEREMY FIEBIGER, STEVE FENNELL, EDWARD HILL, ANGELA KIM, IVAN LEE, STEVEN LIU, EVAN MEDLEY, DAVID MEJIA, JESSE MCCARTHY, JOHN MORRIS, BEN NABLE, RYAN NABLE, TONY NGUYEN, ALAN RUIZ, JOHN SHINDLEDECKER, JOSEPH SPECKMAN, EDWARD SUK, SON THAI, JOSE VALENZUELA, CORNELL WHEELER, TREVOR WHITWORTH, DANTE ZENA<br><br>Plaintiffs,<br><br>v.<br><br>CASHCALL, INC., a California corporation and PAUL REDDAM, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS | CASE NO: SACV 88-0024 AG (MLGx)<br><br>**JOINT REQUEST FOR DISMISSAL PURSUANT TO RULE 41(a) or (c) F.R.Civ.P.** |

1

**JOINT REQUEST FOR DISMISSAL PURSUANT TO RULE 41(a) or (c) F.R.Civ.P.**

1  Jeff Augustini (SBN 178358)
   jeff@augustinilaw.com
2  **LAW OFFICE OF JEFF AUGUSTINI**
   8105 Irvine Center Drive, Suite 550
3  Irvine, CA 92618
   Telephone: (949) 336-7336
4  Facsimile:  (949) 567-9928

5  David W. Wiechert (SBN 094607)
   dwiechert@aol.com
6  **LAW OFFICES OF DAVID W. WIECHERT**
   107 Avenida Miramar, Suite A
7  San Clemente, CA 92672
   Telephone: (949) 361-2822
8  Facsimile:  (949) 496-6753

9  Attorneys for Defendants/Counter-Claimants

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT REQUEST FOR DISMISSAL PURSUANT TO RULE 41(a) or (c) F.R.Civ.P.

**PLEASE TAKE NOTICE:**

This action is dismissed by the Plaintiffs in its entirety, with prejudice. The Counterclaims brought by Claimant CASHCALL, INC. are dismissed by Claimant in their entirety, with prejudice.

This dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

Dated: December 18, 2009   **CLARK & MARKHAM, LLP**

By: /s/ Laura M. Cotter
R. Craig Clark
Laura M. Cotter
*Attorneys for Plaintiffs/Counter-Defendants*

Dated: December 17, 2009   **LAW OFFICES OF DAVID W. WIECHERT**

By: /s/ David W. Wiechert
David W. Wiechert
*Attorneys for Defendants/Counter-Claimant*